United States District Court
Eastern District of Michigan
Southern Division

Maryam Nakhjiri, et al.,

    Plaintiffs,                           Civil No. 25-12660

v.                                         Honorable F. Kay Behm
                                           Mag. Judge Kimberly G. Altman

Marco Rubio, in his official capacity as
U.S. Secretary of State, et al.,

    Defendants.

## Order Granting Ex Parte Motion for Stay During Lapse of Appropriations

    The Court grants Defendants' Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

    **SO ORDERED**.

Date: October 21, 2025                             <u>s/F. Kay Behm</u>
                                                      F. Kay Behm
                                                      United States District Judge